UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TOM ALLEN MANUEL,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
### Felon in Possession of a Firearm

On or about October 27, 2023, in the City of Lansing, in the Southern Division of the Western District of Michigan,

**TOM ALLEN MANUEL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Ruger .22 caliber revolver with an obliterated serial number, and the firearm was in and affecting commerce.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## COUNT 2
### Possession of a Firearm with an Obliterated Serial Number

On or about October 27, 2023, in the City of Lansing, in the Southern Division of the Western District of Michigan,

**TOM ALLEN MANUEL,**

knowingly possessed a firearm, specifically a Ruger .22 caliber revolver from which the manufacturer's serial number had been removed, altered, and obliterated and which had been shipped and transported in interstate or foreign commerce.

**18 U.S.C. § 922(k)**
**18 U.S.C. § 924(a)(1)(B)**

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of one or both of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 922(k), set forth in Counts 1 and 2 of this Indictment, the defendant,

**TOM ALLEN MANUEL**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offenses, including, but not limited to, the Ruger .22 caliber revolver together with associated ammunition.

**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
TIMOTHY VERHEY
Assistant United States Attorney